JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-337-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS |
| BRADFORD TRUMAN HINES, | |
| Defendant. | |

The Court has considered Bradford Hines's Motion to Modify Supervised Release Conditions and all the records in this case.

IT IS NOW ORDERED that the condition of Mr. Hines's supervised release that states "Defendant shall not associate with persons under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of defendant's background and current offense, and who has been approved by the probation office" shall be modified to include the additional language "or as approved in advance by the Probation office."

DATED this 14th day of January, 2019.

*signature*

Robert S. Lasnik
United States District Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Bradford Hines

ORDER TO MODIFY SUPERVISED
RELEASE CONDITIONS
(*Bradford Hines*; CR15-337-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100