JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-337-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR PERMISSION |
| BRADFORD TRUMAN HINES, | |
| Defendant. | |

The Court has considered Bradford Hines's Motion for Permission and all the records in this case.

IT IS NOW ORDERED Mr. Hines shall be allowed to live in the duplex apartment adjacent to his family apartment.

DATED this 22nd day of August, 2019.

*Mht S Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Bradford Hines

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**