HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRADFORD HINES, <br><br> Defendant. | No. CR15-337-RSL <br><br> ORDER GRANTING MOTION TO REDUCE TERM OF SUPERVISED RELEASE TO TEN YEARS |

THIS COURT has considered Bradford Hines's motion to reduce his term of supervised release to ten years, the declaration and letters in support, and the relevant records in this case.

IT IS NOW ORDERED that Bradford Hines's supervised release is shortened from a term of lifetime to ten years

DATED this 12th day of December, 2022.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JDUGE

Presented by:

s/ *Corey Endo*
First Assistant Federal Defender
Attorney for Bradford Hines

ORDER TO REDUCE TERM
OF SUPERVISED RELEASE
(*United States v. Hines*, CR15-337-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100