1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0337-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| BRADFORD HINES, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Defendant's motion for early termination of supervised release (Dkt. No. 29) is RE-NOTED for April 28, 2025, under Local Rules W.D. Wash. LCrR 12(b).  The Court requests that U.S. Probation file a response to Defendant's motion no later than April 23, 2025.

Dated this 18th day of April, 2025.

Ravi Subramanian
Clerk

/s/ Kathleen Albert
Deputy Clerk

MINUTE ORDER - 1